

FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2021

CENTRAL DISTRICT OF CALIFORNIA
BY  DUE              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:21-MJ-00210-DUTY |
| v. | |
| AMANDA NICHOLE WOGEN | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: PRETRIAL VIOLATIONS

in the SOUTHERN _____ District of CALIFORNIA _____ on 3/25/2021 _____

at 10 _____ ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____

in violation of Title _____ U.S.C., Section(s) _____

to wit: PRETRIAL VIOLATIONS _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/25/21 _____
                        Date

_____
Signature of Agent

ANDREW NGUYEN
Print Name of Agent

USMS
Agency

DEPUTY U.S MARSHAL
Title