Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY  DVE   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

AMANDA NICHOLE WOGEN
USMS# 95424298
DEFENDANT

CASE NUMBER: 8:21-MJ-00210-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/25/2021 at 10 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   PRE-TRIAL VIOLATIONS

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 1994

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ____

11. Name: ANDREW NGUYEN   (please print)

12. Office Phone Number: 7143384610

13. Agency: USMS

14. Signature: /s/ Andrew Nguyen

15. Date: 3/25/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION