FILED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:21-MJ-00210 |
| v. | |
| AMANDA NICHOLE WOGEN | **ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT RE: OUT OF DISTRICT CASE** |
| DEFENDANT(S). | |

IT IS ORDERED that a detention hearing is hereby set on the calendar of the  U. S.  District  Court  for the ___Southern___ District of ___California___, at a date and time to be determined by that Court, following defendant's transfer to that District by the United States Marshal.

Pending said detention hearing, the defendant shall be held in custody by the United States Marshal or other custodial officer, to wit: _____, and produced for the hearing.

☐ The Court finds good cause for continuance of the detention hearing in excess of five (5) days.

Dated: ___3/25/21___                    _____
                                         U.S. ~~District Judge~~ / Magistrate Judge
                                         AUTUMN D. SPAETH